An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

MAX REED, II,
Appellant,
vs.
JACK PALMER, WARDEN,
Respondent.

No. 61488

**FILED**

APR 09 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER OF AFFIRMANCE

This is a proper person appeal from an order denying a petition for a writ of habeas corpus.[1] First Judicial District Court, Carson City; James Todd Russell, Judge.

In his petition filed on June 7, 2012, appellant challenged his placement in administrative segregation. Appellant's claim for relief was not cognizable as it was a challenge to the conditions of confinement, which are not cognizable in a habeas corpus petition. See Bowen v. Warden, 100 Nev. 489, 686 P.2d 250 (1984). Accordingly, we

ORDER the judgment of the district court AFFIRMED.[2]

_____, J.
Hardesty

_____, J.          _____, J.
Parraguirre                              Cherry

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. See Luckett v. Warden, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

[2]We have received appellant's proper person filings and conclude that no relief is warranted for the reason set forth above.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-10373

cc: Hon. James Todd Russell, District Judge
Max Reed, II
Attorney General/Carson City
Carson City Clerk